Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Nikolas T. Djordjevski CA Bar No. 294728
nikolas.djordjevski@ogletree.com
Yousaf M. Jafri CA Bar No. 314773
yousaf.jafri@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant STELVIO TRANSPORT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ORTEGA, an individual and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>STELVIO TRANSPORT, LLC, a Delaware Corporation; AMAZON LOGISTICS, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>                Defendants. | Case No.<br><br>**DECLARATION OF CHRISTINE HUMMELL IN SUPPORT OF DEFENDANT STELVIO TRANSPORT, LLC'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>Date Removed:<br>Complaint Filed:  April 15, 2022 |

Case No. CaseNumber
DECLARATION OF CHRISTINE HUMMELL

I, Christine Hummell, declare:

1. I am the Director of Payroll and Human Resources for Defendant Stelvio Transport, LLC ("Stelvio"). I have held this position since in or around March of 2019. By virtue of my position with the Company, I am familiar with Stelvio's business records. I have access to, personal knowledge of, and control over, such records. If called as a witness, I could and would competently testify to the following.

2. Stelvio is a limited liability company organized under the laws of the State of California and has its principal place of business in San Diego, California. Stelvio has three members, all of whom are citizens of the State of California.

3. From April 15, 2019 through January 26, 2022 Stelvio employed approximately 1,400 Delivery Associates. During this period, Stelvio's Delivery Associates worked over 100,000 total shifts of at least 3.5 hours for each shift. These same employees earned an average hourly rate of at least $15 per hour. However, hundreds of such employees earned more than this.

4. From April 15, 2019 through on or about April 15, 2022, at least 1,300 Delivery Associates separated their employment with Stelvio. During this period, such employees also earned at least $15 per hour. Again, some employees earned more.

I declare under penalty perjury that the foregoing is true and correct.

Executed on July 27, 2022 in San Diego, California.

_____
Christine Hummell