JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ORTEGA, an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>STELVIO TRANSPORT, LLC, a Delaware Corporation; AMAZON LOGISTICS, INC., a Delaware Corporation; and DOES 1 through 100,<br><br>            Defendants. | Case No. 5:22-cv-01320-ODW(Ex)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. R. 41(A)(1)(A)(II)**<br><br>Date Removed:  July 28, 2022<br>Complaint Filed: April 15, 2022<br><br>District Judge:     Hon. Otis D. Wright<br>Magistrate Judge: Hon. Charles F. Eick |

## **ORDER**

Having considered the Stipulation of Dismissal Pursuant to FED. R. CIV. R. 41(A)(1)(A)(II) submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The action is DISMISSED with Prejudice as to Plaintiff's individual claims;

2. The action is DISMISSED without prejudice as to the claims of the putative class;

3. Each party will bear its own attorney's fees and costs; and

4. All rights to appeal are waived.

**IT IS SO ORDERED.**

Dated: June 1, 2023

Hon. Otis D. Wright, II